200 P.3d 402

# SUPREME COURT OF HAWAI'I

State v. Carlut . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27530     11/05/2008     Vacated & remanded for new trial